## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN LUIS ZARAGONZA-<br>MONTANO(1),<br><br>　　　　　　　　　Defendant. | CASE NO. 10CR4303-JLS<br><br>JUDGMENT OF DISMISSAL |

	IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__	an indictment has been filed in case 10CR4522-JLS against the defendant and the Court has granted the motion of the Government for dismissal of the Information.

____	the Court has dismissed the case for unnecessary delay; or

____	the Court has granted the motion of the Government for dismissal; or

____	the Court has granted the motion of the defendant for a judgment of acquittal; or

____	a jury has been waived, and the Court has found the defendant not guilty; or

____	the jury has returned its verdict, finding the defendant not guilty;

____	of the offense(s) of the Indictment/Information:

	IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/16/2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE